IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANDREW MITCHELL,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　CASE NO. 5:13-cv-421-RS-GRJ

MESSENBURG, et al.,

    Defendants.

_____/

## ORDER

    Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 35). I have reviewed the report and recommendation *de novo*. I have also reviewed Plaintiff's Objections (Doc. 36). The objections do not appear to meaningfully address the Magistrate Judge's well-reasoned conclusion that Plaintiff failed to exhaust his administrative remedies. Furthermore, much of the document appears to be a verbatim reproduction of his response to a defendant's motion to dismiss (Doc. 32), and merely reiterates the arguments already presented to the Magistrate Judge.

    **IT IS ORDERED:**

        1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested in Defendants' Motions to Dismiss (Docs. 19, 28) are **GRANTED.** This case is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies before filing suit.

3. The Clerk is directed to close this case.

**ORDERED** on March 5, 2015.

>   /S/ Richard Smoak
>   **RICHARD SMOAK**
>   **UNITED STATES DISTRICT JUDGE**